IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01636-SKC-CYC

ELIJAH SMITH,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
MIKE'S RESTAURANT GROUP d/b/a HAYTER'S & CO.,
ADAM GLASBY, in his individual capacity, and
ERNEST SANDOVAL, in his individual capacity,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Madison L. Smith, as counsel of record for Defendant City and Count of Denver ("Denver"), hereby moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

1. <u>Certificate Pursuant to D.C.COLO.LCivR 7.1:</u> Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. *See* D.C.COLO.LCivR 7.1(b)(4).

2. Madison L. Smith will leave her employment with the Denver City Attorney's Office as of July 11, 2025. Therefore, good cause exists to allow Ms. Smith to withdraw in this matter consistent with D.C.COLO.LAttyR 5(b).

3. Mark Barnes will continue to represent Defendant in this action as counsel of record.

4. Given that Defendant has had, and will continue to have, official representation, no parties will be prejudiced by the withdrawal of undersigned counsel and no delay will be caused by the Court's granting of the relief sought herein.

5. <u>Advisement pursuant to D.C.Colo.LAttyR 5(b):</u> Defendant is provided with notice of this Motion, which includes this advisement regarding their responsibility to comply with all Court orders and time limitations established by any applicable rules, via service by the CM/ECF system to counsel of record. Mr. Barnes will continue to comply with this responsibility on Defendant's behalf.

WHEREFORE, having shown good cause, undersigned counsel, Madison L. Smith, respectfully requests this Court enter an Order permitting her withdrawal as counsel of record for the Defendant in this action.

Dated this 8th day of July 2025.

Respectfully submitted by,

*s/ Madison Smith*
Mark T. Barnes, Assistant City Attorney
Madison Smith, Assistant City Attorney
Denver City Attorney, Civil Litigation
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202-5332
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
mark.barnes@denvergov.org
madison.smith@denvergov.org
*Attorneys for Defendant City and County of Denver*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July 2025, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Andy McNulty
Mari Newman
Madeline Leibin
Newman McNulty, LLC
andy@newman-mcnulty.com
mari@newman-mcnulty.com
madeline@newman-mcnulty.com
*Attorneys for Plaintiff*

Peter Doherty
Lasater & Martin, P.C.
peter@lasaterandmartin.com
*Attorney for Defendant Adam Glasby*

Victor M. Morales
Cody W. Goings
Wilson Elser Moskowitz Edelman and Dicker LLP
victormorales@wilsonelser.com
codygoings@wilsonelser.com
*Attorneys for Mike's Restaurant Group d/b/a Hayter's & Co.*

                                         *s/Sarah Peasley*
                                         Denver City Attorney's Office

3